USDC SCAN INDEX SHEET

JAH 5/13/04 13:05

3:02-CV-00508 CORIXA CORPORATION V. IDEC PHARMACEUTICALS

*15*

*STIPO.*

FILED
04 MAY 12 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IDEC PHARMACEUTICALS CORP.,

Plaintiff,

v.

CORIXA CORPORATION, COULTER PHARMACEUTICAL, INC., and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,

Defendant.

AND RELATED COUNTERCLAIMS

AND CONSOLIDATED CASE

CORIXA CORPORATION, et al.,

Plaintiffs/Counterdefendants,

v.

IDEC PHARMACEUTICALS CORP.,

Defendant/Counterclaimant.

AND RELATED COUNTERCLAIMS

CONSOLIDATED CASES
Case No. 01-CV-1637 IEG (RBB) &
Case No. 02-CV-0508 IEG (RBB)

**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** AND ORDER

Judge: Hon. Irma E. Gonzalez (RBB)
Courtroom: 13

ENTERED ON 5/13/04

IT IS HEREBY STIPULATED by and between Plaintiff/Counterdefendant, Biogen Idec Inc. (hereinafter "Biogen Idec") and Defendants/Counterclaimants, Corixa Corporation, Coulter Pharmaceuticals, Inc., the Regents of the University of Michigan and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, (collectively "Defendants/Counterclaimants"), through their attorneys of record, that all claims and counterclaims made in this action be and are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Pursuant to said stipulation, Biogen Idec hereby voluntarily dismisses with prejudice all claims against Defendants/Counterclaimants in Case No. 01-CV-1637 IEG (RBB).

Pursuant to said stipulation, Defendants/Counterclaimants hereby voluntarily dismiss with prejudice all counterclaims against Biogen Idec in Case No. 01-CV-1637 IEG (RBB).

Pursuant to said stipulation, Defendants/Counterclaimants hereby voluntarily dismiss with prejudice all claims against Biogen Idec in Case No. 02-CV-0508 IEG (RBB).

Pursuant to said stipulation, Biogen Idec hereby voluntarily dismisses with prejudice all counterclaims against Defendants/Counterclaimants in Case No. 02-CV-0508 IEG (RBB).

IT IS SO STIPULATED:

Dated: ~~April~~ May 7, 2004

DEWEY BALLANTINE LLP

By: James J. Elacqua
Attorneys for Biogen Idec Inc.

Dated: ~~April~~ May 7, 2004

COOLEY GODWARD LLP

By: William G. Gaede, III
Attorneys for CORIXA CORPORATION, COULTER PHARMACEUTICAL, INC., and THE REGENTS OF THE UNIVERSITY OF MICHIGAN

Dated: ~~April~~ May __, 2004

SULLIVAN HILL LEWIN REZ & ENGEL

By: Donald G. Rez
Attorneys for SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE

IT IS SO ORDERED.

Irma E. Gonzalez, Judge
United States District Court
Dated: May 12, 2004